HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSALINDA MORENO, *et al.*,<br><br>Defendants. | CASE NO. 2:26-cv-00427-RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff Allstate Insurance Company's Motion for Additional Time to Effectuate Service on Defendant Christopher Allen Cox, Dkt. # 19. The Court being otherwise fully advised and having reviewed Plaintiff's Motion and supporting Declaration of Douglas F. Foley. NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that:

Plaintiff's Motion for Additional Time to Effectuate Service, Dkt. # 19, is **GRANTED**. Plaintiff has until July 1, 2026 to serve Defendant Christopher Allen Cox.

Dated this 22nd day of May, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1